Certificate Number: 15725-NYE-CC-039876631



15725-NYE-CC-039876631

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 16, 2025</u>, at <u>6:34</u> o'clock <u>PM EDT</u>, <u>Martha Mcneil</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 16, 2025</u>          By: <u>/s/Carlos Cervera</u>

Name: <u>Carlos Cervera</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).