UNITED STATES BANKRUPTCY COURT             May 11, 2026
EASTERN DISTRICT OF NEW YORK               10:00 A.M.
==================================X
IN RE:                                     Case No. 125-41066-ESS

Mrs. Martha Ann McNeil,                    Hon. ELIZABETH S. STONG

                                           **NOTICE OF MOTION**

                    Debtor.
==================================X

   PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee will move this court before the Hon. Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at  271 Cadman Plaza East, Brooklyn, New York Courtroom 3585, on May 11, 2026 at 10:00 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

   **Unless the Court orders otherwise, the hearing on this Motion to Dismiss application will be held remotely by video and an in-person appearance at the Courthouse will not be required.**

   To appear remotely, please register your appearance at least two business days before the hearing. Dial-in instructions will be provided prior to the hearing. The web link for registering for a court hearing appearance is https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl and instructions are posted on the Court's website at https://www.nyeb.uscourts.gov/node/2126 **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.

   Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date: Jericho, New York
  April 23, 2026      /s/ Krista M. Preuss
            KRISTA M. PREUSS, TRUSTEE
            100 JERICHO QUADRANGLE, STE 127
            JERICHO, NY 11753
            (516) 622-1340

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
=================================X
IN RE:

Mrs. Martha Ann McNeil,

Debtor.
=================================X

May 11, 2026
10:00 A.M.

Case No: 125-41066-ESS

Hon. ELIZABETH S. STONG

**APPLICATION**

TO THE HONORABLE ELIZABETH S. STONG U.S. BANKRUPTCY JUDGE:

Hanin R. Shadood, staff attorney to Krista M. Preuss, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1.　　The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on March 4, 2025, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

2.　　On March 4, 2025, in part 5 of the petition, the Debtor certified that a briefing from an approved credit counseling agency had been received within the 180 days prior to the filing of the bankruptcy petition and a copy was attached.

3.　　The Debtor did not file a Certificate of Credit Counseling with the Petition. A review of the Court's docket indicates that the Court did not enter an Order extending the time for the Debtor to obtain and file the Certificate of Credit Counseling.

4.　　On July 17, 2025, the Debtor filed a Certificate of Credit Counseling stating she received a credit counseling briefing on July 16, 2026, more than 180 days prior to the filing. It therefore appears that the Debtor is not eligible to be a debtor under 11 U.S.C. § 109(h), and this case must be dismissed.

5.　　The Debtor's proposed Chapter 13 Plan (hereinafter the "Plan"), dated March 7, 2026, provides for a monthly Plan payment of $100 per month for a period of 12 months and $3,200.00 per month for a period of 49 months.  The Plan proposes full repayment to all general unsecured proofs of claim.

6.　　The Trustee objects to the confirmation of the Plan because the Plan is not sufficiently funded to pay secured claims in full as required by 11 U.S.C. §1325(a)(5).

7.　　The Trustee objects to the confirmation of the Plan because the proposed monthly payment is insufficient to pay all general unsecured creditors in full as provided by the Plan.  The Plan fails to comply with its own terms.

8.　　The Trustee objects to the confirmation of the Plan because the Plan does not specifically provide for treatment of all secured creditors as required by 11 U.S.C § 1325(a)(5).

9.　　Furthermore, the Debtor has failed to:

a. commence making Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1); and

b. comply with 11 U.S.C § 1325(a)(6) in that the Debtor has failed to submit timely Chapter 13 Plan payments to the Trustee, and is $7,600.00 in arrears through April 2026; and

c. provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1(d); and

d. file and provide the Trustee with a copy of an affidavit by the Debtor stating the Debtor has paid all amounts that are required to be paid under a domestic support obligation or that the Debtor has no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii) and (c);

e. provide the Trustee with copies of canceled checks, receipts, money orders or other documentation of payment of all mortgage installments and real property lease payments that have come due since the filing of the petition as required by E.D.N.Y. LBR 2003-1(a)(vi) and (b)(i); and

f. provide and file copies of affidavits of contribution and copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition, by each person contributing to the proposed plan or to payment of expenses of the debtor's household as required by E.D.N.Y. LBR 2003-1(a)(ii) and (c); and

g. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343; and

h. serve the plan on the trustee and all creditors within 7 days of filing of the plan and file proof of service thereof as required by E.D.N.Y. LBR 3015-1(b).

10.     A delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

11.     Each of the foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case, and such other and further relief as may seem just and proper.

Dated: Jericho, New York
        April 23, 2026

s/Hanin R. Shadood
Hanin R. Shadood, Staff Attorney
Chapter 13 Trustee Krista M. Preuss

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          Case No: 125-41066-ESS
IN RE:
                                                                      CERTIFICATE OF SERVICE

 Mrs. Martha Ann McNeil,

                              Debtor.
-----------------------------------------------------------X

  I, Hanin R. Shadood, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

MARTHA ANN, MRS MCNEIL
105-14 189TH STREET
SAINT ALBANS, NY 11412

Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

KARAMVIR DAHIYA, ESQ., karam@dahiya.law

SN Servicing Corporation c/o Friedman Vartolo LLP, bkecf@friedmanvartolo.com

Wells Fargo Bank c/o McCalla Raymer Leibert Pierce LLP, harold.kofman@mccalla.com and linda.st.pierre@mccalla.com


Transmission times for electronic delivery are Eastern Time zone.

This April 23, 2026


s/Hanin R. Shadood
Hanin R. Shadood, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Ste 127
Jericho, NY 11753
(516) 622-1340

CASE NO: 125-41066-ESS
Hon. ELIZABETH S. STONG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
====================================================================
IN RE:

Mrs. Martha Ann McNeil,


                    Debtor.
====================================================================

              NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

====================================================================




                    KRISTA M. PREUSS, TRUSTEE
              100 JERICHO QUADRANGLE, STE 127
                    JERICHO, NY 11753
                    (516) 622-1340